FILED
2014 Feb-20  PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MICHAEL LORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number:  4:13-cv-593-TMP |
| | * | |
| ALLSTATE INSURANCE COMPANY, | * | |
| | * | |
| Defendant | * | |

## **MOTION TO AMEND COMPLAINT – WITHOUT CONSENT**

Plaintiff moves to amend the complaint to correctly name the Defendant so that the style of the case reads as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MICHAEL LORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number:  4:13-cv-593-TMP |
| | * | |
| ALLSTATE INDEMNITY COMPANY | * | |
| d/b/a ALLSTATE INSURANCE COMPANY, | * | |
| | * | |
| Defendant | * | |

s/MYRON K. ALLENSTEIN
Bar Number:  2058-A61-M
Attorney for Plaintiff
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL  35901
Telephone:  (256) 546-6314
Fax: (256) 547-7648
myron@allenstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Thomas E. Bazemore, III
M. Brent Almond
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, AL  35223

s/MYRON K. ALLENSTEIN